# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | | |
|---|---|---|---|
| AARON WISE, | : | No. 26 EAP 2016 | |
| | : | | |
| Appellant | : | Appeal from the Order of | |
| | : | Commonwealth Court dated June 1, | |
| | : | 2016 at No. 18 M.D. 2016. | |
| v. | : | | |
| | : | | |
| | : | | |
| PENNSYLVANIA DEPARTMENT OF | : | | |
| CORRECTIONS, | : | | |
| | : | | |
| Appellee | : | | |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of February, 2017, the Order of the Commonwealth Court is hereby AFFIRMED.